AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LAURENCE ALVIN BULLOCK, III )<br>        Plaintiff, )<br>    )<br>  v. )<br>    )<br>    ) | **JUDGMENT IN A CIVIL CASE** |
| BEASLEY & ALLEN, )<br>        Defendant. ) | **CASE NO. 5:09-CV-329-F** |

**Decision by Court.**

     IT IS ORDERED AND ADJUDGED that the court hereby ADOPTS the Magistrate Judge's M&R, and ORDERS that plaintiff's motion to proceed *in forma pauperis* is ALLOWED, and this action is DISMISSED.

     THE ABOVE JUDGMENT WAS ENTERED TODAY, **August 28, 2009**, AND A COPY MAILED TO:

Laurence Alvin Bullock, III
820 South Boylan Avenue
Raleigh, NC 27603


| | |
|---|---|
| August 28, 2009 | DENNIS IAVARONE, |
| Date | Clerk |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |